# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| GEORGE REYNOLD EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| DARDEN RESTAURANT d/b/a ) | No. 5:17-CV-347-FL |
| Olive Garden, Antoine Dwayne Srtes, ) | |
| Tara Lorraine Burton, General Manager ) | |
| of Olive Garden of Jacksonville, NC ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's text order entered on November 16, 2017, and for the reasons set forth more specifically therein, that the court dismisses plaintiff's claims as asserted in the complaint without prejudice.

**This Judgment Filed and Entered on November 16, 2017, and Copies To:**
George Reynold Evans (via U.S. Mail) 0123366, Tabor Correctional Institution, 4600 Swamp Fox Hwy West, Tabor City, NC 28463

November 16, 2017          PETER A. MOORE, JR., CLERK
                                            /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk